UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**Whitney Hasler**
        Plaintiff,

                              Case No. 21-cv-115-wmc

vs.

**Lincoln Life Assurance Company of Boston,**
        Defendant.

### STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Whitney Hasler, and Defendant, Lincoln Life Assurance Company of Boston, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned matter shall be dismissed on its merits and with prejudice but without costs or attorneys' fees to either party.

                              **HAWKS QUINDEL, S.C.**

Dated: 1/5/22        By: */s/ William E. Parsons*
                                  William E. Parsons, State Bar No. 1048594
                                  Email: wparsons@hq-law.com
                                  409 East Main Street
                                  Post Office Box 2155
                                  Madison, Wisconsin 53701-2155
                                  Telephone: 608/257-0040
                                  Facsimile: 608/256-0236
                                  *Attorneys for Plaintiff, Whitney Hasler*

Dated:  1/5/22                              **OGLETREE, DEAKINS, NASH, SMOAK,**
                                            **& STEWART, P.C.**

                                   By:   /s/ *Byrne J. Decker*
                                         Byrne J. Decker
                                         2 Monument Square, Suite 703
                                         Portland, ME 04101
                                         Email: byrne.decker@ogletree.com
                                         Telephone: (207) 387-2957
                                         Fax:  (207) 387-2986
                                         Attorney for Defendant
                                         *Lincoln Life Assurance Company of Boston*

00896039